UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| GEORGE BAILEY, VIRGIL ASHLEY, | ) | |
| JEANNE MONTGOMERY, | ) | |
| EDWARD BUSSMAN, MYRNA HARTZELL, | ) | |
| CAROL MATUSTIK, EDWARD PATEK, | ) | |
| PAMELA SCHMIDT, MANDI SIMPSON | ) | |
| COATS, THERESA TEEGARDEN, | ) | |
| LARRY WHITTER, MURILLA HUSKEY, | ) | |
| GWENDOLYN SOURLES, BRENDA | ) | |
| MAYCOCK, and JOHN THROGMORTON, | ) | |
| | ) | |
| vs. | ) | No. 4:05CV109-SNL |
| | ) | |
| MERCK & CO., INC., AMY SEPKO, | ) | |
| SHERRY ALBERTS, MEDICINE SHOPPE | ) | |
| INTERNATIONAL, INC., AND | ) | |
| JOHN AND/OR JANE DOES 1-100, | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| GLEN LOVE, STEVE MILES, | ) | |
| DIANNA LARRABEE, LUCILLE | ) | |
| LAWRENCE, BARBARA MICKEL, | ) | |
| WILLIE LITTLE, BRENDA LOONEY, | ) | |
| and RALPH LUCAS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | No. 4:05CV157-SNL |
| | ) | |
| MERCK & CO., INC., AMY SEPKO, | ) | |
| SHERRY ALBERTS and | ) | |
| JOHN AND/OR JANE DOES 1-100, | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| ARLA LOVEKAMP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 4:05CV158-SNL |
| | ) | |
| MERCK & CO., INC., AMY SEPKO, | ) | |
| SHERRY ALBERTS AND | ) | |
| JOHN AND/OR JANE DOES 1-100, | ) | |
| | ) | |
| Defendants. | ) | |

| MARY WADE, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | No. 4:05CV486-SNL |
| MERCK & CO., INC., | ) | |
| Defendant. | ) | |

| JERRY JOHNSON, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | No. 4:05CV520-SNL |
| MERCK & CO., INC., | ) | |
| Defendant. | ) | |

## ORDER

There are motions to stay all proceedings in these cases and some have been transferred to the Judicial Panel on Multi-District Litigation In Re: Vioxx Products Liab. Litig., No. MDL 1657 and others will be transferred as tag-alongs.

The transfer order automatically stays the litigation, however, for the purpose of the record, the Court should order that all matters be stayed in each case pending transfer to MDL-1657.

**IT IS THEREFORE ORDERED** that all proceedings in these cases are stayed pending transfer to MDL-1657, In Re: Vioxx Products Liab. Litig.

Dated this   19th   day of May, 2005.

_____
SENIOR UNITED STATES DISTRICT JUDGE